IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIMBERLY THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:04-0811 |
| v. ) | |
| ) | Magistrate Judge Brown |
| CHAUTAUQUA AIRLINES, INC., ) | **Jury Demand** |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Currently pending in this civil action is defendant Chautauqua Airlines' motion for summary judgment (Docket Entry No. 28). For the reasons stated in the accompanying memorandum, this motion is hereby **GRANTED** and plaintiff's case against Chautauqua is **DISMISSED.** This order constitutes the final judgment as to Chautauqua Airlines.

In light of this disposition, defendant Chautauqua's pending motions in limine (Docket Entry Nos. 40-42) are **DENIED** as moot. Plaintiff's pending motion to continue the trial and extend discovery on plaintiff's medical recovery (Docket Entry No. 37) is likewise **DENIED** as moot.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE